[This opinion has been published in *Ohio Official Reports* at 90 Ohio St.3d 272.]

THE STATE EX REL. PLAIN DEALER PUBLISHING COMPANY *v*. COURT OF
COMMON PLEAS OF CUYAHOGA COUNTY.

[Cite as *State ex rel. Plain Dealer Publishing Co. v. Cuyahoga Cty. Court of
Common Pleas*, 2000-Ohio-74.]

*Complaint dismissed because issue now moot.*

(No. 00-301—Submitted September 26, 2000—Decided November 8, 2000.)

IN PROHIBITION.

———————————

*Baker & Hostetler L.L.P., Kyle B. Fleming* and *Jeffrey T. Williams*, for
relator.

*Gold, Schwartz & Co., L.P.A., Niki Z. Schwartz, Orville E. Stifel II* and
*Jennifer E. Schwartz*, for respondent.

*William D. Mason*, Cuyahoga County Prosecuting Attorney, and *Randi
Marie Ostry*, Assistant Prosecuting Attorney, in support of respondent, for *amicus
curiae* state of Ohio.

*David H. Hoffmann*, in support of respondent, for *amicus curiae* Ohio
Prosecuting Attorneys Association.

*Friedman & Gilbert, Terry H. Gilbert, Gordon S. Friedman* and *George H.
Carr*, in support of respondent, for *amicus curiae* Charles Murray, special
administrator of the estate of Samuel H. Sheppard.

———————————

{¶ 1} The cause is dismissed because the issue is now moot.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and
LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

———————————

**COOK, J., dissenting.**

{¶ 2} I would grant the writ. Though an opinion by this court at this juncture would not affect the case at bar, the decision could set parameters for future cases.

_____